UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:12CR127

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )                                  | |
| Plaintiff,     ) | |
| )                                  | |
| v.                                 ) | **ORDER** |
| )                                  | |
| 2) DELVETO MICHAEL MITCHELL,       ) | |
| )                                  | |
| Defendant.     ) | |

**THIS MATTER** is before the Court on the Motion to Correct the Description of Previously Forfeited Firearm [Doc. 29], filed May 29, 2013.

For the reasons stated in the government's motion, and no response being necessary, **IT IS, THEREFORE, ORDERED** that the government's Motion to Correct the Description of Previously Forfeited Firearm is **GRANTED**, and the description of the firearm listed in the Consent Order and Judgment of Forfeiture [Doc. 22] is hereby corrected to the following:

Norinco, SKS, 7.62 caliber rifle, serial number 24026267N.

**IT IS SO ORDERED.**

Signed: May 30, 2013

Dennis L. Howell
United States Magistrate Judge

1